NDIL (02/12) Notice of Correction

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Date: 11/5/14  Case No.: 12 CR 87

Case Title: USA v. Mohammed  Judge: Coleman

## NOTICE OF CORRECTION

**One of the following errors/deficiencies has been identified in document # :** 91

[✓] The document is on the incorrect case.
Note: If this is a motion, the docket clerk has termed the motion from the incorrect case.

[ ] The document is on the correct case but the case number and title do not match.

[ ] The incorrect document [pdf] was linked to the entry

[ ] The incorrect file date was entered.

[ ] The incorrect event was used. The title of the document does not match the text of the entry.

[ ] The entry is a duplicate of entry [ ].

**Corrective action taken by the Clerk:**

[ ] The text of the entry has been edited and the pdf replaced with a pdf that states "Entered in Error".

[ ] The following notation has been added to the text of the entry (*Linked document has the incorrect case title or Linked document has the incorrect case number*.)

[ ] The correct document [pdf] has been linked to the entry.

[ ] The file date has been corrected.

[✓] The text of the entry has been edited.

[ ] The text of the entry has been edited to read "Duplicate filing of document number [ ].

[ ] Other: Provide brief explanation.

**Corrective action required by the filer:**

[ ] Counsel must re-file the document

[ ] Other: Provide brief explanation.

Thomas G. Bruton, Clerk of Court

By: Laura Springer
Deputy Clerk