## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Watts, et al.    Case Number: 12 CR 87

An appearance is hereby filed by the undersigned as attorney for:
Proposed Intervenors Ben Baker and Clarissa Glenn

Attorney name (type or print): Joshua Tepfer

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen, Third Floor

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6284120    Telephone Number: (312) 243-5900
(See item 3 in instructions)

Email Address: josh@loevy.com

Are you acting as lead counsel in this case?    ☑ Yes    ☐ No

Are you acting as local counsel in this case?    ☑ Yes    ☐ No

Are you a member of the court's trial bar?    ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ☑ No

If this is a criminal case, check your status.    ☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 24, 2017

Attorney signature: S/ Joshua Tepfer

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015